## C. O. Granai v. Maxwell L. Baton et al

[194 A.2d 393]

May Term, 1963

Present: Hulburd, C. J., Holden, Shangraw, Barney and Smith, JJ.

Opinion Filed October 1, 1963

*C. O. Granai, pro se.*

*Maxwell L. Baton, pro se.*

**Shangraw, J.** This is a petition for a writ of prohibition. The petitioner seeks to restrain the petitionees from the hearing and disposition of two divorce actions pending in the Orleans County Court, entitled *Rash* v. *Rash,* docket Nos. 8756 and 8823.

The questions presented for review are the same as those decided at this term in the case of *Granai* v. *Witters, Longmoore, Akley & Brown et al, supra.* The decision in the latter case is conclusive here and controls the disposition of this petition. For the reasons stated in that case the entry is:

*The petition for a writ of prohibition is dismissed.*